UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSALYN BORRERO                                    JURY TRIAL DEMANDED

v.                                                 CASE NO.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who resides in Connecticut

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal account claimed to be owed to Chase as successor to BankOne.

7. Defendant (Mr. Price) called plaintiff on January 11, 2005, and discussed settlement of the account..

8. Defendant's initial letter was dated January 20, 2005 and postmarked January 21, 2005.

9. On January 18, 2005, defendant (Mr. Price) called a third party at a place plaintiff no longer resided.

10. On January 20, 2005, plaintiff faxed a cease request to defendant.

11. Mr. Price continued to make calls thereafter, including Saturday Jan. 22, 2005.

FIRST COUNT

12. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c(c), e, -f, or -g.

SECOND COUNT

13. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net