UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSALYN BORRERO

v.  CASE NO. 3:05CV 488 (JBA)

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.   June 9. 2005

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on June 8, 2005, postage prepaid, to:

Kevin Underwood Esq
PO Box 2449
Gig Harbor WA 98335-4449

_____/s/ Joanne S. Faulkner ____
Joanne S. Faulkner Esq.